# IN THE _____ JUDICIAL CIRCUIT COURT, _____, MISSOURI

| | |
|---|---|
| Judge or Division: | Case Number: |
| Petitioner: Demetrius White | Petitioner's Address/Telephone: 811 East High Street Apt A Jefferson City, MO 65101 |
| VS. | |
| Respondent: | Respondent's Address/Telephone: |

(Date File Stamp)

## Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: M | If Married, Spouse's name: Tamika White | Number of dependents: 2 |
|---|---|---|

(Include Spouse's Income and Expenses if Married)

| Monthly Income | | Monthly Expenses | |
|---|---|---|---|
| Gross salary (before deductions) | $ ≈4,337.58 | ☒ Mortgage  ☐ Rent Payment | $ 684.31 |
| Public assistance | $ 0 | Utilities | $ 560.00 |
| Retirement/Pension | $ 0 | Food | $ 250.00 |
| Social Security | $ 0 | Payment on debts & credit cards | $ 350.00 |
| Child Support | $ 0 | Child Support | $ 0 |
| Maintenance | $ 0 | Maintenance | $ 760.00 |
| Other income to be considered | $ 0 | Medical expenses to be considered | $ 250.00 |
| Total Monthly Income | $ ≈4,337.58 | Total Monthly Expenses | $ ≈2854.31 |

| Assets | | Debts | |
|---|---|---|---|
| Cash on Hand | $ 25.00 | Home loan balance | $ 66,739.91 |
| Bank Accounts: | | Automobile loan(s) | $ 5,908.65 |
| Checking | $ 575.00 | Credit card balance(s) | $ 0 |
| Savings | $ 0 | Other debts to be considered | |
| Approximate value of home | $ 70,000 | | $ 10,989.37 |
| And/or other real estate | $ 0 | | $ |
| Approximate value of automobile(s) | $ 2500 | | $ |
| (1) yr/make Toyota Sequoia 05' | | | $ |
| (2) yr/make _____ | | | $ |
| Approximate value of personal | | | $ |
| Possessions (list) N/a | $ 0 | | |
| _____ | $ 0 | | |
| _____ | $ 0 | | |
| Total Assets | $ ≈73,100.00 | Total Debts | $ ≈83,000.00 |

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

_____
Date

_____
Your Signature